UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SUPPRESSED **FILED**

DEC 1 9 2019

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. **4:19CR01041 SRC/NAB** |
| | ) | |
| BRYAN KIMBLE, | ) | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about October 11, 2019, in the City of St. Louis, within the Eastern District of

Missouri,

**BRYAN KIMBLE,**

the Defendant herein, did knowingly and intentionally distribute a mixture or substance

containing a detectible amount of cocaine base (crack), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

### COUNT TWO

The Grand Jury further charges that:

On or about October 16, 2019, in the City of St. Louis, within the Eastern District of

Missouri,

**BRYAN KIMBLE,**

the Defendant herein, did knowingly and intentionally distribute a mixture or substance

containing a detectible amount of cocaine base (crack), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

The Grand Jury further charges that:

On or about October 22, 2019, in the City of St. Louis, within the Eastern District of Missouri,

### BRYAN KIMBLE,

the Defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectible amount of cocaine base (crack), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
RODNEY H. HOLMES, #6244551(IL)
Assistant United States Attorney