

# U.S. Department of Justice

United States Attorney
Eastern District of Missouri

*Violent Crime Unit*

---

| | | |
|---|---|---|
| *Rodney H. Holmes* | *Thomas Eagleton U.S. Courthouse* | OFFICE: 314-539-2200 |
| *Assistant United States Attorney* | *111 S. 10th Street, Rm. 20.333* | DIRECT: 314-539-3885 |
| *Violent Crime Chief* | *St. Louis, MO 63102* | rodney.holmes@usdoj.gov |

April 29, 2021

**<u>VIA HAND DELIVERY & ELECTRONIC SERVICE</u>**

Jason Paul Hine
Miller and Hine LLC
8764 Manchester Road, Suite 204
St. Louis, Missouri 63144

    In re:  <u>United States v. Bryan Kimble</u>
            Cause No. S1-4:19 CR 1041 SRC

Dear Mr. Hine:

    This letter serves as formal notice that the United States intends to call the following expert witnesses at trial: Christina Hayes.

    Ms. Hayes is a Criminalist with the St. Louis Metropolitan Police Department. Her testimony may include, among other things: (1) background and experience; (2) explanation of drug analysis; (3) explanation of testing procedures; (4) identification of drugs and test results; and (5) the contents of the laboratory report authored by her. Her curriculum vitae is available upon request.

    The United States renews its request for discovery and more specifically notice of any witnesses to be called, statements made by those witnesses, and any expert testimony by the defense pursuant to Rule 16 of the Federal Rules of Criminal Procedure. Thank you for your cooperation.

                                        Very truly yours,

                                        SAYLER A. FLEMING
                                        United States Attorney

                                        s/ *Rodney H. Holmes*
                                        BY:   RODNEY H. HOLMES
                                        Assistant United States Attorney