UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. 4:19-CR-01041-SRC |
| v. | ) | |
| BRYAN KIMBLE, | ) | |
| Defendant. | ) | |

# UNITED STATES OF AMERICA'S
# EXHIBIT LIST

COMES NOW the United States of America and lists the following exhibits:

| Exhibit # | Description | Offered | Admitted | Published |
|---|---|---|---|---|
| 1A | Drugs from 10/11/2019 transaction | | | |
| 1B | Drugs from 10/16/2019 transaction | | | |
| 1C | Drugs from 10/22/2019 transaction | | | |
| 2A | Lab report from 10/11/2019 transaction | | | |
| 2B | Lab report from 10/16/2019 transaction | | | |
| 2C | Lab report from 10/22/2019 transaction | | | |
| 3A | Booking Photo, 1/13/2018 | | | |
| 3B | Booking Photo, 5/25/2017 | | | |
| 4 | DOR Record_Redacted | | | |

| Exhibit # | Description | Offered | Admitted | Published |
|---|---|---|---|---|
| 5A | DISC: Video and audio files re: attempted drug transaction dated 10/10/2019 | | | |
| 5A-1 | 10/10/19 at 2:47 pm - CLIP 1 (timestamp: 00:28-00:31): Incoming phone call (with transcript) from Kimble to CI/UCA to "go to my house" for the drug transaction | | | |
| 5A-2 | 10/10/19 (approx. 2:50-3:17 pm) - CLIP 2 (timestamp: 16:31-16:32): Video and Audio (with transcript) of Kimble identified by UCA after Kimble arrives and directs UCA to "follow me, dude" | | | |
| 5B | DISC: Video and audio files re: drug transaction dated 10/11/2019 | | | |
| 5B-1 | 10/10/19 at 4:20 pm - Incoming phone call (with transcript) from Kimble to UCA, discuss meeting the next day to do drug transaction | | | |
| 5B-2 | 10/10/19 at 7:51 pm - 10/11/19 at 10:38 p.m. -- **Summary Exhibit** of text exchanges between Kimble and UCA, setting up drug transaction | | | |
| 5B-3 | 10/11/19 at 12:05 pm - Outgoing phone call (with transcript) from UCA to Kimble, discuss trying to meet to complete deal; Kimble tells UCA the only way the deal will work is if the UCA goes where Kimble tells him to go | | | |
| 5B-4 | 10/11/19 at 12:53 pm - CLIP 1 (timestamp: 06:59-11:11) Video with Outgoing phone call (with transcript) of Kimble call to UCA, giving UCA directions to meet location | | | |
| 5B-5 | 10/11/19 at 12:58 pm - CLIP 2 (timestamp: 12:10-end) Video with Outgoing phone call (with transcript) of Kimble call to UCA, directing UCA off Home Depot lot to meet location, **and Kimble arriving at UCA vehicle and completing drug transaction through window** | | | |

| Exhibit # | Description | Offered | Admitted | Published |
|---|---|---|---|---|
| 5B-6 | 10/11/19 at 1:03 pm - Incoming phone call (with transcript) from Kimble to UCA, telling UCA that UCA was $20 short for the deal and that Kimble counted it 5 times | | | |
| 5B-7 | 10/11/19 at 1:18 pm - 2:11 pm -- **Summary Exhibit** of text exchanges between Kimble and UCA, discussing $230 and will repay the $20 next time | | | |
| 5C | DISC: Video and audio files re: drug transaction dated 10/16/2019 | | | |
| 5C-1 | 10/12/19 at 9:45 p.m. - 10:52 p.m. -- **Summary Exhibit** of text exchanges between Kimble and UCA, discussing how much for "a half" - $1350 | | | |
| 5C-2 | 10/16/19 at 1:26 pm - Outgoing phone call (with transcript) from UCA to Kimble, discussing meeting to complete transaction for 10 grams for $1150 | | | |
| 5C-3 | 10/16/19 at 3:09 pm - CLIP 1 (timestamp: 01:53-09:30) with Outgoing phone call: video and audio (with transcript) of Kimble call to UCA, directing him to meet location, **and Kimble arriving at UCA vehicle and completing drug transaction through window** | | | |
| 5C-4 | 10/16/19 at 3:12 pm - CLIP 2 (timestamp: 10:53-end) with Outgoing phone call: video and audio (with transcript) of UCA call to Kimble, confirming money count | | | |
| 5D | DISC: Video and audio re: drug transaction dated 10/22/2019 | | | |
| 5D-1 | 10/21/19 at 10:13 pm - 11:12 p.m. -- **Summary Exhibit** of text exchanges between Kimble and UCA, setting up drug transaction | | | |
| 5D-2 | 10/22/19 at 1:11 pm - CLIP 1 (timestamp: 02:39-05:24) Video with Incoming phone call (with transcript) of Kimble call to UCA, directing him to meet location | | | |

| Exhibit # | Description | Offered | Admitted | Published |
|---|---|---|---|---|
| 5D-3 | 10/22/19 at 1:14 pm - CLIP 2 (timestamp: 06:26-07:20) Video and audio (with transcript) of **UCA completing drug transaction through window** | | | |
| 5D-3B | 10/22/19 at 1:14 pm - CLIP 2B (timestamp: 06:01-07:21) Video (only) of unknown female walking from Kimble's vehicle to UCA's vehicle to complete drug transaction through window | | | |
| 5D-4 | 10/22/19 at 1:14 pm - CLIP 3 (timestamp: 08:30-09:00) with Outgoing phone call (with transcript) of UCA call to Kimble, confirming money count | | | |
| 6A | Photo screenshot from Ex. 5B-5 re: 10/11/19 drug transaction through the window | | | |
| 6B-1 | Photo screenshot from Ex. 5C-3 re: 10/16/19 drug transaction through the window | | | |
| 6B-2 | Photo screenshot (Camera 4) re: 10/16/19 drug transaction, surveillance photo of defendant's car | | | |
| 6B-3 | Demonstrative overview map of Franklin Avenue, re: 10/16/19 drug transaction | | | |
| 6B-4 | Photo of 3114 Franklin Avenue area, indicating playground and pool area, re: 10/16/19 drug transaction | | | |
| 6C-1 | Photo screenshot from Ex. 5D-2 re: 10/22/19 drug transaction, female walking from defendant's vehicle to UCA's vehicle | | | |
| 6C-2 | Photo screenshot from Ex. 5D-2 re: 10/22/19 drug transaction through the window | | | |

| Exhibit # | Description | Offered | Admitted | Published |
|---|---|---|---|---|
| 7 | ATF Investigation Reports (For Identification Only)<br>    a. ROI 1<br>    b. ROI 2<br>    c. ROI 3<br>    d. ROI 4<br>    e. ROI 5<br>    f. ROI 6<br>    g. ROI 7<br>    h. ROI 8<br>    i. ROI 9<br>    j. ROI 10 | | | |
| 8 | Stipulation of Facts re: Drug Chain of Custody | | | |

\* \* \*

This exhibit list is merely advisory. The United States of America reserves the right to add, delete, or modify this list.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

/s/ Rodney H. Holmes
RODNEY H. HOLMES, #6244551(IL)
Assistant United States Attorneys
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-2200


SAYLER A. FLEMING
United States Attorney

/s/ Ashley M. Walker

ASHLEY M. WALKER, #67175(MO)
Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on May 7, 2021, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon counsel for Defendant.

                                                /s/ Rodney H. Holmes
                                                RODNEY H. HOLMES